**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-01225-PAB-MJW

WENDY TANCHEFF,

    Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY and
ASSURANT, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motion to Dismiss [Docket No. 20]. On October 1, 2009, plaintiff filed an Amended Complaint [Docket No. 30] pursuant to the Minute Order [Docket No. 28] granting plaintiff's Motion to Amend Complaint [Docket No. 22]. Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 20] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    ORDERED that defendants' Motion to Dismiss [Docket No. 20] is DENIED as moot.

    DATED October 15, 2009.