IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01225-PAB-MJW

WENDY TANCHEFF,

Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY AND ASSURANT, INC., and
TIME INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that ***Plaintiff's Motion to Amend Caption,***(docket no. 56) is GRANTED.  The caption shall be amended to include Time Insurance Company as an additional Defendant in this matter.  All future pleadings shall reflect such amendment to the caption.

Date:  November 5, 2009