IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01225-PAB-MJW

WENDY TANCHEFF,

Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY AND ASSURANT, INC., and
TIME INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that ***Plaintiff's Motion to Compel Deposition*** (docket no. 36) is DENIED for those reasons stated in the response (docket no. 52) which this court incorporates by reference.  The parties shall forthwith meet and confer and clear deposition dates for this Rule 30(b)(6) witness.  No party is prejudiced since this court has granted Plaintiff's Motion to Amend Scheduling Order (docket no. 29) and has extended deadlines in that minute order and given additional time to the parties to complete discovery.  See docket.

Date:  November 5, 2009