IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01225-PAB-MJW

WENDY TANCHEFF,

Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY AND ASSURANT, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that ***Plaintiff's Motion to Amend Scheduling Order*** (docket no. 29) is GRANTED finding good cause shown.

- a. The deadline to complete discovery is extended to February 27, 2010;
- b. The deadline to file dispositive motions is extended to March 27, 2010;
- c. The deadline to amend pleadings or join additional parties is extended to February 12, 2010;
- d. The deadline to disclose expert witnesses is extended to January 22, 2010;
- e. The deadline to disclose rebuttal experts is extended to February 12, 2010;
- f. The Final Pretrial Conference remains set on April 21, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th

    Street, Denver, Colorado; and,

  g. The Rule 16 Scheduling Order (docket no. 15) is amended consistent with this Minute Order.

Date:  November 5, 2009