IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01225-PAB-MJW

WENDY TANCHEFF,

Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY AND ASSURANT, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint Motion for Entry of Stipulation and Order Governing Production and Exchange of Confidential Material (docket no. 60) is GRANTED finding good cause shown.  The written Stipulation and Order Governing Production and Exchange of Confidential Material (docket no. 60-2) is APPROVED as amended in paragraphs 6 and 9 and made an Order of Court.

Date:  November 13, 2009