IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01225-PAB-MJW

WENDY TANCHEFF,

Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY AND ASSURANT, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Pursuant to notification from defendant counsel on January 14, 2010, advising the court that this case has been settled, it is hereby ORDERED that the parties shall file a their Stipulated Motion to Dismiss this case, or a written status report, on or before January 29, 2010.

Date:  January 14, 2010