IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-01225-PAB-MJW

WENDY TANCHEFF,

    Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY,
ASSURANT, INC., and
TIME LIFE INSURANCE COMPANY,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 76]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 76] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 1, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge